■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. OLIVER SMITH. (B) THE PEOPLE OF THE STATE OF NEW YORK v. MYER STEIN. (C) THE PEOPLE OF THE STATE OF NEW YORK v. TONI FLITMAN. (D) THE PEOPLE OF THE STATE OF NEW YORK v. ALBERT URBAN. (E) THE PEOPLE OF THE STATE OF NEW YORK v. ERIC ILLIDGE. (F) THE PEOPLE OF THE STATE OF NEW YORK v. EARTHAN KEITT. (G) THE PEOPLE OF THE STATE OF NEW YORK v. CARLOS LUIS COTTO. (H) THE PEOPLE OF THE STATE OF NEW YORK v. CASWELL LATHAN, JR.—[In each action] Enlargement of time granted. Concur — Botein, P. J., Rabin, McNally and Stevens, JJ.

■ MADGE CHRISTIE et al. v. FIFTH MADISON CORPORATION et al.— Order settled and filed. We have not passed upon the question of whether or not any of the parties are entitled to allowances for counsel fees and expenses. A determination of that question rests with Special Term upon proper application. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ LLOYD RIBNER, Doing Business as RIBNER REGISTER CO. v. IRA SCHILLER.— Motion for a stay granted only to the extent of staying the hearing on the assessment of damages, on condition that the defendant procures the record on appeal and appellant's points to be served and filed on or before April 25, 1961, with notice of argument for May 12, 1961, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before May 10, 1961. In all other respects, the motion is denied. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

## (April 13, 1961)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES MASON, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ In the Matter of LERNER BUILDING CORPORATION, Respondent, v. TAX COMMISSION OF THE CITY OF NEW YORK, Appellant.— Order entered June 3, 1958 reducing the assessments for the years 1956-57 and 1957-58 on petitioner's property, unanimously reversed, on the facts, with $20 costs and disbursements to the appellant, and the assessments for the years involved reinstated. The total assessment for each of the tax years under review is fully justified by the record before us. Settle order on notice. Concur — Rabin, J. P., Stevens, Eager and Steuer, JJ.

■ MARINE MIDLAND TRUST COMPANY OF NEW YORK, as Successor Trustee under Indenture of Mortgage Made by FORTY WALL STREET CORPORATION to GUARANTY TRUST COMPANY OF NEW YORK, Trustee, Plaintiff, v. FORTY WALL STREET CORPORATION et al., Defendants. (And Two Other Actions) WEBB & KNAPP, INC., et al., Appellants; FORTY WALL STREET BUILDING, INC., Appellant-Respondent; HERBERT L. BRICKMAN et al., Respondents-Appellants; WINTHROP, STIMSON, PUTNAM & ROBERTS et al., Respondents.— Order, entered on January 30, 1959, denying the application of defendants, Ralph C. Baker, William J. Farmery and Norman E. Blankman in the action entitled "George W. Warnecke, Plaintiff v. Forty Wall Street Building, Inc., et al., Defendants", for an order assessing against the defendant Forty Wall Street Building, Inc., and allowing to said defendants, Ralph C. Baker, William J. Farmery and Norman E. Blankman counsel fees and expenses incurred by them, unanimously affirmed, without costs to any of the parties. No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Steuer, JJ.